Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Clayborn Dee Reaves
**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

The City of Tuscumbia
Kerry Underwood
Luster Echols
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 3:20-CV-1139-HNS
(to be filled in by the Clerk's Office)

JURY TRIAL  ☐ Yes   ☐ No

FILED
2020 AUG -7  A 11: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. **The Plaintiff**
   Name: Clayborn Reaves
   Street Address: 410 W. 1st Street
   City and County: Tuscumbia  Colbert
   State and Zip Code: Alabama  35674
   Telephone Number: 256-980-4462

B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
  Name: Kerry Underwood
  Job or Title: Mayor
  Street Address: 202 E 6th St
  City and County: Tuscumbia Colbert
  State and Zip Code: Alabama 35674

Defendant No. 2
  Name: Luster Echols
  Job or Title: Building Inspector
  Street Address: 301 E 7th St
  City and County: Tuscumbia Colbert
  State and Zip Code: Alabama 35674

Defendant No. 3
  Name: The City of Tuscumbia
  Job or Title: 116 E 6th Street
  Street Address:
  City and County: Tuscumbia Colbert
  State and Zip Code: Alabama 35674

Defendant No. 4
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Page 2 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
Name _____
Job or Title _____
Street Address _____
City and County _____
State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

B.   **If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

____*Tresspassing on Private Property*____

_____

_____

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, (name)_____, is a citizen of the State of (name)_____.

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, (name)_____, is a citizen of the State of (name)_____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation

       The defendant, (name)_____, is incorporated under the laws of the State of (name)_____, and has its principal place of business in the State of (name)_____.

       Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: (explain)

    (City) 75,000
    Inspector Lustor Echols 75,000
    Mayor Underwood 75,000

III. **Statement of Claim**

Page 4 of 7

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 7/12/18 Building inspector Luster Echols entered my property where I Live. Put A Condemed sign on my House. I was not at Home. But my Live in Ex was Here w/ my Step Daughter and Granddaughter I Have A No Tresspassing sign up And Beware of Dog Which sign Which I have many Dogs My Ex Told him And an officer They could not Come on my property Because He didnt Show

See Attach Paper

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(The City) Because I was charged for property violation that didnt exit. And I'm on a fixed Income. I want 75,000 for that wrong, and 75,000 Damage

(Luster Echols) I'm Asking for 75,000 for the upset He caused me

Mayor Kerry Underwood I'm Asking 75,000 Because I talked to him And He Told me He would Handle It. He did not he is Lable As Well I'm A Senior Citizen that needs Protection from this type of Abuse from Public Officials.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Clayborn_ Last Name _Reaves_
Mailing Address _410 W. 1st Street_
City and State _Tuscumbia Alabama_ Zip Code _35674_
Telephone Number _256-980-4463_
E-mail Address _nolanbonnie97@Gmail.com_

Signature of plaintiff _Clayborn Reaves_
Date signed _7-25-20_

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_Nolanbonnie97@Gmail.com_

Participant signature: _Clayborn Reaves_

Date: _7-25-20_



# THIS BUILDING IS UNFIT

## AND

Its Use or Occupancy Has Been Prohibited by
The City of Tuscumbia Building Official

_____
Building Official

Date Posted _____, 2018

Building Department
Tuscumbia, AL

1 of 2

Any legal Papers He wanted to check the Structure of my House thru Papers He had Sent me A month Prior to this my House is 100 percent Standing And Solid But He open gate came inside With an officer and put a Sign on my House. She asked Him why. He replied Because You dont have Electricity. She Said I have running Water I pay garbage sewage Bill Because my utilities was Shut off at 28 Degrees one morning About 5 yr. ago I use a Generator and Solar Panels. My House was Inspected In 2011 When the Tornado Came. And it passed Inspections But this is the Kicker. Tuscumbia dont Inspect Apts. And Houses when People Moved In And out. They Never have. But the House next Door was up for Sale Trey Howard Bought it to remodel And Sell. He Saw my House and my Dogs When He Bought It. and So He went and Complained to the Inspector He Wasnt gonna Be able to Sell his house Because of mine. So He told A neighbor This And the neighbor told me. I Have Lived Here 40 Years. I'm 63 yrs old. So He Sent me A Paper to come to Court And I Hired Attorney James Irby He Had me Charged up With Property violations. And there are none.

But James Irby Told me they are not gonna work with me unless I plead Guilty to Property violation. So I was fined. I had to plea Guilty to Something that didnt even exit. That is very wrong. But the Building Inspector was already harassing me for petty Stuff Like he told me get the garbag Can out of the front Yara I was using it at time. And Coming up and down my Street In front of my house many times A Day very slow or Stopping In front of my House. This Caused me so much anger. my Blood presure got up very High Every Day So I Sued them In federal court which is still pending. I Sued for Harassment And He went to the neighbor next Door Empty House for him to come to Court against me And two other neighbors that told me they didnt Know why they were there. But all 3 oped out And didnt appear against me. It has been so much